# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Alver Coon fdba Dick Coon Real Estate Services, fdba D&K Rentals, fdba Coon Rentals<br>    Elizabeth Karen Coon fdba Coon & Company<br>            Debtor(s) | BK NO. 24-03246 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point HE Trust 2021-HE1, U.S. Bank National Association as Indenture Trustee and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
23 Dec 2024, 14:08:04, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322