IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>RICHARD ALVER COON<br>FDBA DICK COON REAL ESTATE SERVICES<br>FDBA D&K RENTALS<br>FDBA COON RENTALS<br><br>ELIZABETH KAREN COON<br>FDBA COON & COMPANY<br>    *Debtors*<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-RPL2 TRUST c/o Nationstar Mortgage<br>    *Movant*<br><br>    vs.<br>RICHARD ALVER COON<br>FDBA DICK COON REAL ESTATE SERVICES<br>FDBA D&K RENTALS<br>FDBA COON RENTALS<br><br>ELIZABETH KAREN COON<br>FDBA COON & COMPANY<br>    *Debtor/Respondent* | Bankruptcy No. 24-03246-HWV<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2022-RPL2 Trust c/o Nationstar Mortgage ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Danielle Boyle-Ebersole, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Date: 12/30/2024

        /s/ Danielle Boyle-Ebersole, Esquire
        Danielle Boyle-Ebersole, Esquire
        HLADIK, ONORATO & FEDERMAN, LLP
        298 Wissahickon Avenue
        North Wales, PA 19454
        (215) 855-9521
        dboyle-ebersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>RICHARD ALVER COON<br>FDBA DICK COON REAL ESTATE SERVICES<br>FDBA D&K RENTALS<br>FDBA COON RENTALS<br><br>ELIZABETH KAREN COON<br>FDBA COON & COMPANY<br>    *Debtors*<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-RPL2 TRUST c/o Nationstar Mortgage<br>    *Movant*<br><br>    vs.<br>RICHARD ALVER COON<br>FDBA DICK COON REAL ESTATE SERVICES<br>FDBA D&K RENTALS<br>FDBA COON RENTALS<br><br>ELIZABETH KAREN COON<br>FDBA COON & COMPANY<br>    *Debtor/Respondent* | Bankruptcy No. 24-03246-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on 12/30/2024.

Dorothy L. Mott, Esquire
VIA CM/ECF NOTIFICATION
*Attorney for Debtors*

Jack N. Zaharopoulos, Esquire
VIA CM/ECF NOTIFICATION
*Chapter 13 Trustee*

Richard A. Coon, et al.
Elizabeth K. Coon, et al.
335 Hollowbrook Drive
Carlisle, PA 17013
*Debtors*

Date: 12/30/2024

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com