United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard Alver Coon  
Elizabeth Karen Coon  
    Debtors

Case No. 24-03246-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 31, 2025     Form ID: ntcnfhrg     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Alver Coon, Elizabeth Karen Coon, 335 Hollowbrook Drive, Carlisle, PA 17013-8847 |
| 5676138 | | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17121-0946 |
| 5676141 | + | KEYSTONE POOLS INC, 301 E LOUTHER STREET, CARLISLE, PA 17013-2530 |
| 5676144 | + | MYEYEDR, ATTN PATIENT BILLING, PO BOX 801696, KANSAS CITY, MO 64180-1696 |
| 5676148 | | SELECT PORTFOLIO SERVICING INC, PO BOX 65777, SALT LAKE CITY UT 84165-0777 |
| 5676149 | + | SUNDANCE VACATIONS, 264 Highland Park Blvd., Wilkes Barre, PA 18702-6711 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5676135 | | Email/Text: g17768@att.com | Jan 31 2025 18:40:00 | AT&T - BANKRUPTCY, 6000 LAS COLINAS BLVD, IRVING, TX 75039-4216 |
| 5676137 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jan 31 2025 18:40:00 | COMM OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5676139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2025 18:40:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5676136 | | Email/Text: info@pamd13trustee.com | Jan 31 2025 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5676140 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 18:51:58 | JPMCB CARD AMAZON, PO BOX 15369, WILMINGTON, DE 19850 |
| 5681182 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 31 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5676142 | + | Email/Text: Unger@Members1st.org | Jan 31 2025 18:40:00 | MEMBERS 1ST FCU, BK NOTICES ATTN CHAIRMAN CEO, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5676143 | + | Email/Text: compliance@merid.com | Jan 31 2025 18:40:00 | MERIDIAN FINANCIAL SVCS, 1636 HENDERSON RD STE 135, ASHEVILLE, NC 28803-3057 |
| 5676145 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2025 18:40:00 | PNC BANK NA, BK NOTICES, PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 5676146 | + | Email/Text: bankruptcynotices@psecu.com | Jan 31 2025 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5676998 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5676147 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2025 18:40:00 | RUSHMORE LOAN MANAGEMENT SERVICES, CUSTOMER SERVICE DEPARTMENT, PO BOX 55004, IRVINE, CA |

| | | | | |
| --- | --- | --- | --- | --- |
| 5676150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 18:53:14 | SYNCHRONY BANK HQ LOWES, ATTN: LEGAL COUNSEL, 777 LONG RIDGE ROAD, STAMFORD, CT 06902-1247 |
| 5676151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 18:51:58 | SYNCHRONY BANK HQ SAMS, ATTN: LEGAL COUNSEL, 777 LONG RIDGE ROAD, STAMFORD, CT 06902-1247 |
| 5676152 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 31 2025 18:40:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5683935 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2025 18:40:00 | Wilmington Savings Fund Society, et al., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Towd Point HE Trust 2021-HE1 U.S. Bank National Association as Indenture Trustee blemon@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Wilmington Savings Fund Society FSB, et al. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Richard Alver Coon DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Elizabeth Karen Coon DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Alver Coon,
fdba Dick Coon Real Estate Services, fdba D&K Rentals,
fdba Coon Rentals,

Chapter 13

Case No. 1:24−bk−03246−HWV

**Debtor 1**

Elizabeth Karen Coon,
fdba Coon & Company,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: March 5, 2025<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 31, 2025 |

ntcnfhrg (08/21)