United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03246-HWV |
| Richard Alver Coon | Chapter 13 |
| Elizabeth Karen Coon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5676152 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2025 18:41:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5689378 | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2025 18:42:47 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 21, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Towd Point HE Trust 2021-HE1  U.S. Bank National Association as Indenture Trustee blemon@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Wilmington Savings Fund Society  FSB, et al. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Richard Alver Coon DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Elizabeth Karen Coon DorieMott@aol.com |

karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RICHARD ALVER COON | : | |
| fdba Dick Coon Real Estate Services; fdba | : | CASE NO. 1:24-bk-03246 |
| D&K Rentals; fdba Coon Rentals | : | |
| ELIZABETH KAREN COON | : | |
| fdba Coon & Company, | : | |
|     Debtors | : | |
| | : | |
| RICHARD ALVER COON | : | |
| fdba Dick Coon Real Estate Services; fdba | : | OBJECTION TO CLAIM # 7 |
| D&K Rentals; fdba Coon Rentals | : | |
| ELIZABETH KAREN COON | : | |
| fdba Coon & Company, | : | |
|     Movants | : | |
| v. | : | |
| VERIZON BY AIS INFOSOURCE LP | : | |
| AS AGENT, | : | |
|     Respondent/Claimant | : | |

## ORDER

Upon consideration of the Debtor's Objection to Proof of Claim #7 filed by Verizon by American InfoSource, Doc. 22, and no response having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #7 is disallowed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 19, 2025