## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **RICHARD ALVER COON** | : | |
| **fdba Dick Coon Real Estate Services; fdba** | : | **CASE NO.** 24-03246 |
| **D&K Rentals; fdba Coon Rentals** | : | |
| **ELIZABETH KAREN COON** | : | |
| **fdba Coon & Company** | : | |
| Debtor(s) | | |

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Richard Alver Coon, upon oath or affirmation, hereby certify as follows:

1.    That the below information is being supplied for compliance with the confirmation hearing date on

    **5/14/25**

2.    That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3.    That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4.    If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 5/2/2025 _____

/s/ **Dorothy L. Mott, Kara K. Gendron** _____
Counsel for Debtor

Dated: 5/2/2025 _____

_Richard Alver Coon_ _____
Richard Alver Coon, Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : **CHAPTER 13**
**RICHARD ALVER COON** :
**fdba Dick Coon Real Estate Services; fdba** : **CASE NO.** 24-03246
**D&K Rentals; fdba Coon Rentals** :
**ELIZABETH KAREN COON** :
**fdba Coon & Company** :
   **Debtors**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

If a joint petition is filed, each spouse must complete and file a separate certification.

I, Elizabeth Karen Coon, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on

   5/14/25

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 5/2/25       /s/ **Dorothy L. Mott, Kara K. Gendron**
                               Counsel for Debtor

Dated: 5/2/2025       *Elizabeth Karen Coon*
                            Elizabeth Karen Coon, Joint Debtor