# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: RICHARD ALVER COON<br>F/D/B/A COON RENTALS,<br>F/D/B/A D&K RENTALS, F/D/B/A<br>DICK COON REAL ESTATE<br>SERVICES<br>ELIZABETH KAREN COON<br><br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>RICHARD ALVER COON<br>F/D/B/A COON RENTALS,<br>F/D/B/A D&K RENTALS, F/D/B/A<br>DICK COON REAL ESTATE<br>SERVICES<br>ELIZABETH KAREN COON<br><br>Respondent(s) | CASE NO: 1-24-03246-HWV |

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 6, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                        Respectfully submitted,

                                        /s/ Douglas R. Roeder, Esquire
                                        ID: 80016
                                        Attorney for Trustee
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-24-03246-HWV

Movant

vs.
RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

Respondent(s)

### NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse | Date: July 9, 2025 |
| Bankruptcy Courtroom 4B, 4th Floor | Time: 09:35 AM |
| 1501 North 6th Street | |
| Harrisburg, PA 17102 | |

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 800.00**
   **AMOUNT DUE FOR THIS MONTH: $400.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1200.00**

**NOTE:**

**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
      CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    June 6, 2025                      Respectfully submitted,

                                              /s/ Douglas R. Roeder, Esquire
                                              ID:  80016
                                              Attorney for Trustee
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Phone:  (717) 566-6097
                                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD ALVER COON
F/D/B/A COON RENTALS, F/D/B/A D&K RENTALS,
F/D/B/A DICK COON REAL ESTATE SERVICES
ELIZABETH KAREN COON

               Debtor(s)  CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

               Movant

vs.                  CASE NO: 1-24-03246-HWV
RICHARD ALVER COON
F/D/B/A COON RENTALS, F/D/B/A D&K RENTALS,
F/D/B/A DICK COON REAL ESTATE SERVICES
ELIZABETH KAREN COON

               Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 6, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA  17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

Served by First Class Mail
RICHARD ALVER COON
ELIZABETH KAREN COON
335 HOLLOWBROOK DRIVE
CARLISLE  PA  17013

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 6, 2025        /s/  Tammy Life
                 Office of the Standing Chapter 13 Trustee
                 Jack N. Zaharopoulos
                 Suite A, 8125 Adams Dr.
                 Hummelstown, PA  17036
                 Phone:  (717) 566-6097
                 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD ALVER COON
DBA: F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON
F/D/B/A COON & COMPANY
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-24-03246-HWV

vs.
RICHARD ALVER COON
DBA: F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON
F/D/B/A COON & COMPANY

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.