UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-24-03246-HWV

Movant

vs.

RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

Respondent(s)

**AMENDED NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: June 25, 2025
Time: 9:35 AM

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 800.00**
   **AMOUNT DUE FOR THIS MONTH: $400.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1200.00**

**NOTE:**

**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
  CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  June 6, 2025                              Respectfully submitted,

                                                  /s/ Douglas R. Roeder, Esquire
                                                  Id: 80016
                                                  Attorney for Trustee
                                                  Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA 17036
                                                  Phone:  (717) 566-6097
                                                  email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-24-03246-HWV

Movant

vs.
RICHARD ALVER COON
F/D/B/A COON RENTALS,
F/D/B/A D&K RENTALS, F/D/B/A
DICK COON REAL ESTATE
SERVICES
ELIZABETH KAREN COON

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 6, 2025, I served a copy of this Amended Notice on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA 17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

RICHARD ALVER COON
ELIZABETH KAREN COON
335 HOLLOWBROOK DRIVE
CARLISLE PA 17013

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 6, 2025

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com