UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    RICHARD ALVER COON, F/D/B/A : | CHAPTER 13 |
|    COON RENTALS, F/D/B/A : | |
|    D&K RENTALS, F/D/B/A : | |
|    DICK COON REAL ESTATE SERVICES : | |
|    and ELIZABETH KAREN COON, : | |
|    F/D/B/A COON & COMPANY, : | |
|       Debtors : | |
| : | |
| JACK N. ZAHAROPOULOS, : | |
| STANDING CHAPTER 13 TRUSTEE, : | |
|       Movant : | |
| : | |
|       vs. : | |
| : | |
| RICHARD ALVER COON, F/D/B/A : | |
| COON RENTALS, F/D/B/A : | |
| D&K RENTALS, F/D/B/A : | |
| DICK COON REAL ESTATE SERVICES : | |
| and ELIZABETH KAREN COON, : | |
| F/D/B/A COON & COMPANY, : | |
|       Respondents : | CASE NO. 1-24-bk-03246-HWV |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

    1.    Debtors' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtors have not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtors' disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amount:

    a.    Excess disposable income.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtors' Plan;
b. dismiss or convert Debtors' case; and
c. provide such other relief as is equitable and just.

        Respectfully submitted:

        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
     Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 21st day of July 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

                /s/ Derek M. Strouphauer, Paralegal
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee