UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD ALVER COON,  
ELIZABETH KAREN COON,  : CHAPTER 13  
    Debtor(s)

JACK N. ZAHAROPOULOS  
STANDING CHAPTER 13 TRUSTEE  
    Movant

vs.

RICHARD ALVER COON,  
ELIZABETH KAREN COON,  
    Respondent(s) : CASE NO. 1-24-bk-03246-HWV

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, on this 28th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 21, 2025, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

## CERTIFICATE OF SERVICE

       AND NOW, this 28th day of July 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

                                              /s/Ashley Schott
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee