IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **RICHARD ALVER COON** | : | |
| fdba Dick Coon Real Estate Services; fdba | : | CASE NO. 1:24-bk-03246 |
| D&K Rentals; fdba Coon Rentals | : | |
| **ELIZABETH KAREN COON** | : | |
| fdba Coon & Company | : | |
|     Debtors | : | |
| | : | |
| **WILMINGTON SAVINGS FUND** | : | |
| **SOCIETY, FSB, NOT IN ITS** | : | |
| **INDIVIDUAL CAPACITY, BUT** | : | |
| **SOLELY AS OWNER TRUSTEE FOR** | : | |
| **CSMC 2022-RPL2 TRUST,** | : | |
|     Movant | : | |
| | : | |
| v. | | |
| | | |
| **RICHARD ALVER COON** | | |
| fdba Dick Coon Real Estate Services; fdba | | |
| D&K Rentals; fdba Coon Rentals | | |
| **ELIZABETH KAREN COON** | | |
| fdba Coon & Company, | | |
|     Respondents | | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

9. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

10. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

11. Movant is protected by an equity cushion of at least $110,261. Movant is adequately protected and this averment is therefore denied.

12. Denied that Movant has demonstrated cause for relief from stay.

13. Movant is protected by an equity cushion of at least $110,261. Movant is adequately protected and this averment is therefore denied.

14. Denied that Rule 4001(a)(3) should not be applicable and denied that the Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic stay. Denied. Debtors have offered adequate protection in the form of a Chapter 13 Plan providing for monthly payments and cure of arrearages. Proof of Default is demanded at trial and this paragraph is therefore denied.

15. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101

(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com