## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>RICHARD ALVER COON<br>*fdba* Dick Coon Real Estate Services<br>*fdba* D&K Rentals<br>*fdba* Coon Rentals<br>ELIZABETH K. COON<br>*fdba* Coon & Company<br>      *Debtors*<br>-------------------------------------------------<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-RPL2 TRUST<br>      *Movant*<br>vs.<br>RICHARD ALVER COON<br>*fdba* Dick Coon Real Estate Services<br>*fdba* D&K Rentals<br>*fdba* Coon Rentals<br>ELIZABETH KAREN COON<br>*fdba* Coon & Company<br>      *Debtor(s)/Respondent(s)*<br>JACK N. ZAHAROPOULOS, Esquire,<br>      *Trustee/Respondent* | Bankruptcy No: 24-03246-HWV<br>Chapter: 13<br>Related Doc: |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
      ☐ Thirty (30) days.
      ☐ Forty-five (45) days.
      ☒ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: December 9, 2025 | /s/ Danielle Boyle-Ebersole |
| | Attorney for: Wilmington Savings Fund Society, FSB, et al. |

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.