IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **RICHARD ALVER COON** | : | |
| fdba Dick Coon Real Estate Services; fdba | : | CASE NO. 1:24-bk-03246 |
| D&K Rentals; fdba Coon Rentals | : | |
| **ELIZABETH KAREN COON** | : | |
| fdba Coon & Company | : | |
|     Debtors | : | |
| | : | |
| **U.S. Bank Trust National Association, as** | : | |
| **Trustee for Towd Point Master Funding** | : | |
| **Trust 2025-DC2,** | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **RICHARD ALVER COON** | : | |
| fdba Dick Coon Real Estate Services; fdba | : | |
| D&K Rentals; fdba Coon Rentals | : | |
| **ELIZABETH KAREN COON** | : | |
| fdba Coon & Company, | : | |
|     Respondents | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted that the filing of a bankruptcy petition acts as a stay upon certain foreclosure actions.

6. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

7. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

8. Denied that Movant has demonstrated cause for relief from stay.

9. Admitted

10. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied.

11. Admitted on information.

12. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com